In re W. C. SMITH.

No. A-1976.

Application of W. C. Smith and Wylie Norman for writ of habeas corpus, to be admitted to bail. Bail allowed.

Watts, Watts & Gallaher, and McAdams & Haskell, for petitioner.

PER CURIAM. Order that petitioners be admitted to bail in the sum of one thousand dollars each, to be approved by the clerk of the district court of Wagoner county.